DELIA KELLY, as Administratrix of the Estate of MARTIN KELLY, Deceased, Respondent, *v.* BAKER, SMITH & COMPANY, Appellant.

*Kelly* v. *Baker, Smith & Co.*, 165 App. Div. 912, affirmed.
(Argued June 6, 1916; decided July 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

December 2, 1914, affirming a judgment in favor of plaintiff entered upon a verdict. The action was brought to recover damages from the defendant for negligently causing the death of plaintiff's husband, in the Grand Central Palace, in the city of New York. The building was in the course of construction. The defendant was a sub or plumbing contractor, and at the time of the accident was putting in a line of six-inch pipe at the side of the said premises. Plaintiff's intestate had been engaged as a laborer upon the morning of the accident by the foreman of laborers, to begin work at one o'clock, or after the noon lunch, and for that purpose entered the building a little before noon, and while waiting for the laborers to begin work at one o'clock he took a seat near the scaffold upon which employees of the defendant were working, and was struck by the collapse of this scaffold in such a manner that the planks slid upon him, or a cross-piece struck him, and he received the injuries from which he died.

*Edward P. Mowton* for appellant.

*Edwin S. Merrill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.